**Motion GRANTED and Order filed October 20, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00825-CV
_____

## IN RE MATTHEW CASSAR, INDEPENDENT EXECUTOR OF ESTATE OF ALINE V. GAUSEPOHL, Relator

_____

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No 4**
**Harris County, Texas**
**Trial Court Cause No. 436512-401**

_____

## ORDER

On October 19, 2017, relator Matthew Cassar, Independent Executor of Estate of Aline V. Gausepohl, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Christine Butts, Judge of Probate Court No 4, in Harris County, Texas, to set aside her order dated October 10, 2017, entered in

trial court number 436512-401, styled *In the Estate of Aline V. Gausepohl, Deceased*. Relator claims respondent abused her discretion by order him to post bond.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On October 20, 2017, relator asked this court to stay the October 10, 2017 order pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the October 10, 2017 order in trial court cause number 436512-401, *In the Estate of Aline V. Gausepohl, Deceased,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Florence Anderson, the real party-in-interest, to file a response to the petition for writ of mandamus on or before November 3, 2017**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Boyce, Brown, and Wise.